IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DOUGLAS HOOPER,

    Petitioner,                        No. CIV S-08-1773 DAD P

   vs.

MATTHEW CATE,

    Respondent.                     ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in accordance with this court's August 12, 2008 order.

      "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Unlike in his original petition when petitioner named Ken Clark as the respondent, petitioner has improperly named Matthew Cate, the state Inspector General, as the respondent in his amended petition. Petitioner is advised that the proper respondent in the usual habeas action is the warden of the institution where the petitioner is currently incarcerated. Accordingly, petitioner's amended petition must be dismissed with leave to amend. See Stanley, 21 F.3d at 360.

1     In accordance with the above, IT IS HEREBY ORDERED that:

2     1. Petitioner's amended petition for writ of habeas corpus (Doc. No. 6) is
3  dismissed with leave to file a second amended petition within thirty days from the date of this
4  order;

5     2. Any second amended petition must be filed on the form employed by this
6  court, must name the proper respondent, and must state all claims and prayers for relief on the
7  form.  It must bear the case number assigned to this action and must bear the title "Second
8  Amended Petition"; and

9     3. The Clerk of the Court is directed to send petitioner the form for habeas corpus
10  application.

DATED: September 8, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hoop1773.122