IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DOUGLAS HOOPER,

    Petitioner,                  No. CIV S-08-1773 DAD P

    vs.

MATTHEW CATE,

    Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a request for reconsideration of this court's September 8, 2008 order.  Therein, the court dismissed petitioner's amended petition because he named Matthew Cate, the State Inspector General, as the respondent in this action and granted petitioner leave to file a second amended petition within thirty days of the date of that order.  Petitioner requests that the court file his amended petition or, in the alternative, grant him an additional thirty-day extension of time to file a second amended petition.

        As the court previously advised, "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition."  Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254).  In his amended petition, petitioner improperly named Matthew Cate, the State Inspector

1

General, as the respondent. The proper respondent in the usual habeas action is the warden of the institution where the petitioner is currently incarcerated.

Accordingly, the court will deny petitioner's request for reconsideration. However, the court will grant petitioner an additional thirty days from the date of service of this order to file a second amended petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's September 22, 2008 request for reconsideration (Doc. No. 8) is denied;

2. Petitioner shall file a second amended petition within thirty days of the date of service of this order. Any second amended petition must be filed on the form employed by this court, must name the proper respondent, and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Second Amended Petition"; and

3 The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED: October 3, 2008.

*signature: Dale A. Drozd*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hoop1773.122(2)