IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT DOUGLAS HOOPER,** | CIV S-08-1773 DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK, Warden,** | |
| Respondent. | |

Respondent has requested an extension of time to file an Answer to the Second Amended Petition for Habeas Corpus. Good cause appearing, IT IS HEREBY ORDERED that the time for Respondent to file an Answer to the Second Amended Petition for Habeas Corpus is extended to and including January 14, 2009.

DATED: December 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/hoop1773.111a