IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DOUGLAS HOOPER,

      Petitioner,             No. CIV S-08-1773 DAD P

   vs.

MATTHEW CATE, et al.,

      Respondents.           <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file a traverse in this matter. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's January 22, 2009 request for an extension of time (Doc. No. 21) is granted; and

      2. Petitioner shall file a traverse on or before March 13, 2009.

DATED: January 29, 2009.

                                                                               /s/ Dale A. Drozd
                                                                        DALE A. DROZD
                                                                        UNITED STATES MAGISTRATE JUDGE

DAD:9:md
hoop1773.111t